I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-30-12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>Petitioner,<br><br>vs.<br><br>TERESA GONZALES, Warden,<br><br>Respondent. | Case No. SACV 11-1756-DDP (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed.

DATED: May 30, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY